THE PEOPLE OF THE STATE OF NEW YORK ex rel. EDWARD PRZYBYL, Appellant, against JOSEPH H. BROPHY, as Warden of Auburn State Prison, Respondent.

Argued January 13, 1941; decided February 27, 1941.

*Thomas J. McKenna* for appellant.

*John J. Bennett, Jr.,* Attorney-General (*Edward T. Boyle* and *Patrick H. Clune* of counsel), for respondent.

Order affirmed; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.